```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    TREMAINE MOORE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-0402 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | HEARING |
| | ) | |
| TREMAINE MOORE, | ) | Date: March 23, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant TREMAINE MOORE, that the initial hearing in this court on the petition alleging violations of supervised release scheduled for March 23, 2009, be vacated and the matter be continued to March 30, 2009 at 10:00 a.m. due to a scheduling conflict of government counsel and the need for further preparation by defense counsel.

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | Dated: March 20, 2009 | /s/Heiko Coppola |
| 2 | | HEIKO COPPOLA<br>Assistant U.S. Attorney<br>Counsel for Plaintiff |
| 3 | | |
| 4 | | |
| 5 | Dated: March 20, 2009 | /s/ Jeffrey L. Staniels<br>JEFFREY L. STANIELS<br>Assistant Federal Defender |
| 6 | | Attorney for Defendant<br>Tremaine Moore |

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-